UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE GOMMENGINGER,<br><br>                    Plaintiff,<br>-vs-<br><br>DELANOR, KEMPER & ASSOCIATES, LLC,<br><br>                    Defendant. | *Civil Action No. 10-CV-6210* |

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that whereas neither party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued as against Delanor, Kemper & Associates, LLC, with prejudice, without costs to either party as against the other.

Dated: August 5, 2010

_____
Frank J. Borgese, Esq.
Graham Law, P.C.
*Attorneys for Plaintiff Gommenginger*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com
716.200.1520

Dated: July 25, 2011

_____
Blake T. Webber, Esq.
Brown & Tarantino, LLC
*Attorneys for Defendant*
Hale House
19 Prince Street
Rochester, New York 14607
bwebber@btattys.com
585.454.3377

Page **8** of 9